| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>November 27, 2019<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JIN HUI ZHAO,<br><br>    Defendant. | Case No. 2:14-cr-00220-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  JIN HUI ZHAO ,

Case No.  2:14-cr-00220-KJM  Charge 21 USC § 846 and 841(a)(1) and 21 USC § 853(a) , from custody for the following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

    \_\_\_\_\_  Bail Posted in the Sum of $ _____

      X    Unsecured Appearance Bond $  100,000.00 co-signed by Guang Hua Zhao

    \_\_\_\_\_  Appearance Bond with 10% Deposit

    \_\_\_\_\_  Appearance Bond with Surety

    \_\_\_\_\_  Corporate Surety Bail Bond

      X    (Other): Under the terms and conditions, as stated on the record; Report to PTS at Noon on 12/2/2019.

Issued at Sacramento, California on November 27, 2019 at  11:09 am

                                                 By: _[signature]_

                                                   Magistrate Judge Carolyn K. Delaney