PHILLIP A. TALBERT
Acting United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIN HUI ZHAO,<br><br>Defendant. | CASE NO. 2:14-CR-00220-KJM<br><br>SENTENCING MEMORANDUM<br><br>DATE: November 8, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |
|---|---|

Consistent with its representations in the plea agreement concerning defendant JIN HUI ZHAO, the government will recommend a sentence of time served with a term of supervised release of three years.

Dated: November 4, 2021         PHILLIP A. TALBERT
                                Acting United States Attorney

                                By:  /s/ PAUL HEMESATH
                                     PAUL HEMESATH
                                     Assistant United States Attorney