COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone: (510) 558-8400
Facsimile: (510) 558-8401
www.cooperdefense.com

Attorneys for Defendant
JIN HUI ZHAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CR-00220-KJM-9 |
| Plaintiff, | |
| vs. | ORDER FOR RELEASE OF PASSPORT |
| JIN HUI ZHAO, | |
| Defendant. | |

It is hereby ordered that Defendant JIN HUI ZHO's passport be returned to him or his attorney, Colin Cooper, Cooper Law Offices, 800 Jones Street, Berkeley, CA 94710.

**IT IS SO ORDERED.**

DATED: December 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1